# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 08, 2022

Mr. Dean John Sauer
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO  65102-0000

  RE: 19-2882 Reproductive Health Svcs, et al v. Parson, et al
     19-3134 Reproductive Health Svcs, et al v. Parson, et al

Dear Counsel:

  Enclosed is a copy of a dispositive order entered today in the above cases. Mandate is being issued and sent today to the Clerk of the United States District Court.

             Michael E. Gans
             Clerk of Court

AMT

Enclosure(s)

cc: Mr. Steven H. Aden
   Mr. Andrew Beck
   Mr. Timothy Belz
   Mr. Arthur Benson
   Mr. Craig Aaron Benson
   Ms. Nicole Berner
   Mr. John M. D'Elia
   Ms. Emily Ann Dodge
   Ms. Karli Eisenberg
   Mr. Benjamin Michael Flowers
   Ms. Catherine Glenn Foster
   Ms. Katie Glenn
   Mr. Samuel David Green
   Ms. Claudia Hammerman
   Ms. Natalie M. Hejran
   Mr. Daniel J. Klein
   Ms. Susan J. Kohlmann
   Ms. Susan Lambiase
   Ms. Jamie Kathryn Lansford

Ms. Melina Maria Meneguin Layerenza
Mr. Joshua Seth Lipshutz
Ms. Katherine Michelle Marquart
Ms. Julie A. Murray
Ms. Jane B. O'Brien
Ms. Kimberly A. Parker
Ms. Allison C. Penfield
Mr. Omri E. Praiss
Ms. Claire Prestel
Ms. Judith E. Rivlin
Mr. Anthony E. Rothert
Mr. Alan E. Schoenfeld
Ms. Dorothy Singletary
Mr. Justin D. Smith
Mr. Orin Snyder
Ms. Jessie M. Steffan
Mr. David J. Strom
Mr. Kevin Theriot
Ms. Gillian R. Wilcox
Ms. Monica Jin Joo Wilk
Ms. Greta B. Williams
Ms. Paige A. Wymore-Wynn

   District Court/Agency Case Number(s):   2:19-cv-04155-BP