# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-2882
_____

Reproductive Health Services of Planned Parenthood of the St. Louis Region, Inc., on behalf of itself, its physicians, its staff, and its patients; DO, MSCI, FACOG Colleen P. McNicholas, on behalf of herself and her patients

Plaintiffs - Appellees

v.

Michael L. Parson, in his official capacity as Governor of the State of Missouri; Eric Stephen Schmitt, in his official capacity as Attorney General of the State of Missouri

Defendants - Appellants

Kimberly Gardner, in her official capacity as the Circuit Attorney for the City of St. Louis

Defendant

MD Jade D. James, in her official capacity as President of the Missouri State Board of Registration for the Healing Arts; PhD, MPP, MPH Sarah Martin, in her official capacity as Secretary of the Missouri Board of Registration for the Healing Arts; MD Sammy L. Alexander, in his official capacity as a Member of the Missouri State Board of Registration for the Healing Arts; DO James A. DiRenna, in his official capacity as a Member of the Missouri State Board of Registration for the Healing Arts; Jeffrey S. Glaser, in his official capacity as a Member of the Missouri State Board of Registration for the Healing Arts; Katherine J. Matthews, in her official capacity as a Member of the Missouri State Board of Registration for the Healing Arts; MD Naveed Razzaque, in his official capacity as a Member of the Missouri State Board of Registration for the Healing Arts; DO David E. Tannehill, in his official capacity as a Member of the Missouri State Board of Registration for the Healing Arts; MD Marc K. Taormina, in his official capacity as a Member of the Missouri State Board of Registration for the Healing Arts; MD Randall Williams, in his official capacity as Director of the Department of Health & Senior Services of the State of Missouri

Defendants - Appellants

------------------------------

Alliance Defending Freedom; Americans United for Life; State of Alabama; State of Alaska; State of Arizona; State of Arkansas; State of Georgia; State of Idaho; State of Indiana; State of Kansas; State of Kentucky; State of Louisiana; State of Mississippi; State of Montana; State of Nebraska; State of North Dakota; State of Ohio; State of Oklahoma; State of South Carolina; State of South Dakota; State of Tennessee; State of Texas; State of Utah; State of West Virginia

Amici on Behalf of Appellant(s)

Constitutional Law Scholars; American Federation of Teachers; American Federation of State, County and Municipal Employees; Physician Women for Democratic Principals; Service Employees' International Union; Shout Your Abortion; Reproductive Justice Organizations; American College of

Obstetricians and Gynecologists; American Medical Association; American Academy of Family Physicians; American College of Osteopathic Obstetricians and Gynecologists; American College of Physicians; American Society for Reproductive Medicine; North American Society for Pediatric and Adolescent Gynecology; Society for Maternal- Fetal Medicine; State of California; State of Illinois; State of Colorado; State of Connecticut; State of Delaware; State of Hawaii; State of Maine; State of Maryland; State of Massachusetts; State of Minnesota; State of Nevada; State of New Mexico; State of New York; State of Oregon; State of Pennsylvania; State of Rhode Island; State of Vermont; State of Virginia; State of Washington; District of Columbia

Amici on Behalf of Appellee(s)

------------------

No: 19-3134

------------------

Reproductive Health Services of Planned Parenthood of the St. Louis Region, Inc., on behalf of itself, its physicians, its staff, and its patients; DO, MSCI, FACOG Colleen P. McNicholas, on behalf of herself and her patients

Plaintiffs - Appellees

v.

Michael L. Parson, in his official capacity as Governor of the State of Missouri; Eric Stephen Schmitt, in his official capacity as Attorney General of the State of Missouri

Defendants - Appellants

Kimberly Gardner, in her official capacity as the Circuit Attorney for the City of St. Louis

Defendant

MD Jade D. James, in her official capacity as President of the Missouri State Board of Registration for the Healing Arts; PhD, MPP, MPH Sarah Martin, in her official capacity as Secretary of the Missouri Board of Registration for the Healing Arts; MD Sammy L. Alexander, in his official capacity as a Member of the Missouri State Board of Registration for the Healing Arts; DO James A. DiRenna, in his official capacity as a Member of the Missouri State Board of Registration for the Healing Arts; Jeffrey S. Glaser, in his official capacity as a Member of the Missouri State Board of Registration for the Healing Arts; Katherine J. Matthews, in her official capacity as a Member of the Missouri State Board of Registration for the Healing Arts; MD Naveed Razzaque, in his official capacity as a Member of the Missouri State Board of Registration for the Healing Arts; DO David E. Tannehill, in his official capacity as a Member of the Missouri State Board of Registration for the Healing Arts; MD Marc K. Taormina, in his official capacity as a Member of the Missouri State Board of Registration for the Healing Arts;

MD Randall Williams, in his official capacity as Director of the Department of Health & Senior Services of the State of Missouri

Defendants - Appellants

------------------

Alliance Defending Freedom; Americans United for Life; State of Alabama; State of Alaska; State of Arizona; State of Arkansas; State of Georgia; State of Idaho; State of Indiana; State of Kansas; State

of Kentucky; State of Louisiana; State of Mississippi; State of Montana; State of Nebraska; State of North Dakota; State of Ohio; State of Oklahoma; State of South Carolina; State of South Dakota; State of Tennessee; State of Texas; State of Utah; State of West Virginia

Amici on Behalf of Appellant(s)

Constitutional Law Scholars; American Federation of Teachers; American Federation of State, County and Municipal Employees; Physician Women for Democratic Principals; Service Employees' International Union; Shout Your Abortion; Reproductive Justice Organizations; American College of Obstetricians and Gynecologists; American Medical Association; American Academy of Family Physicians; American College of Osteopathic Obstetricians and Gynecologists; American College of Physicians; American Society for Reproductive Medicine; North American Society for Pediatric and Adolescent Gynecology; Society for Maternal- Fetal Medicine; State of California; State of Illinois; State of Colorado; State of Connecticut; State of Delaware; State of Hawaii; State of Maine; State of Maryland; State of Massachusetts; State of Minnesota; State of Nevada; State of New Mexico; State of New York; State of Oregon; State of Pennsylvania; State of Rhode Island; State of Vermont; State of Virginia; State of Washington; District of Columbia

Amici on Behalf of Appellee(s)

_____

Appeals from U.S. District Court for the Western District of Missouri - Jefferson City
(2:19-cv-04155-BP)
_____

**JUDGMENT**

Before SMITH, Chief Judge, WOLLMAN, LOKEN, GRUENDER, BENTON, SHEPHERD, KELLY, ERICKSON, GRASZ, STRAS, and KOBES, Circuit Judges.

In light of *Dobbs v. Jackson Women's Health Organization*, No. 19-1392, 2022 WL 2276808 (U.S. June 24, 2022) and the parties' input, we vacate the district court's preliminary orders from August 27, 2019 and September 27, 2019, and remand for further proceedings.

July 08, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans